UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLEY SPANIERMAN, personally as sole heir and administrator of the state of Megan Spanierman, <br><br> Plaintiff, <br><br> -against- <br><br> 4 PARK AVENUE ASSOCIATES, LLC; BROADWALL MANAGEMENT CORP., <br><br> Defendants. | 20-CV-4372 (LLS) <br><br> CIVIL JUDGMENT |

    Pursuant to the order issued August 4, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  August 4, 2020
          New York, New York

                                              *Louis L. Stanton*
                                              Louis L. Stanton
                                                   U.S.D.J.